**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIGUEL DIAZ,

                     Petitioner,

    -against-                                          21 **CIVIL** 5452 (LGS)

                                                                       **JUDGMENT**

SUPERINTENDENT EARL BELL,

                     Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 6, 2022, the Report is ADOPTED and the Petition is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       June 7, 2022

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                     **BY:**                      K. Mango

                                                                   **Deputy Clerk**